# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE,
# AT KNOXVILLE

KEESHA BLEVINS,

    Plaintiff,

v.

SCOTT COUNTY, TENNESSEE, ET AL.,

    Defendants.

Case No. 3:20-cv-00224

## JOINT STIPULATION OF DISMISSAL

    Come the parties, by and through counsel, and hereby file this, their Joint Stipulation of Dismissal. Because this case had been previously non-suited, this joint stipulation will operate as an adjudication on the merits.

    Respectfully submitted this 19th day of April, 2022.

/s/ Darren V. Berg
**Darren V. Berg (BPR 23505)**
P.O. Box 453
Knoxville, TN 37901
865-773-8799 (phone)
dberglawfirm@gmail.com
*Attorney for the Plaintiff*

/s/ Arthur F. Knight
**Arthur F. Knight**
800 S. Gay St.
Ste. 600
Knoxville, TN 37929
865-971-1701 (phone)
*Attorney for the Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was served on all parties or record through this Court's electronic docketing system, CM/ECF, this the 19th day of April, 2022.

                                            /s/ Arthur F. Knight, III
                                            Arthur F. Knight, III